COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MINAL BIPINCHANDRA MANDALIA, | | No. 08-10-00275-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Criminal Court No. 4 |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20090C00297) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a motion to dismiss filed by Appellant pursuant to Texas Rule of Appellate Procedure 42.2(a). Accompanying the motion is a statement personally signed by Appellant, expressing his wish to dismiss the appeal. The motion was filed before our decision in the case. Further, a duplicate copy of the motion has been forwarded to the trial court clerk. Because the motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

November 30, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)